IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2007-1 | CASE NUMBER: 1:11-cv-1776 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Edmund E. Chang |
| Lawrence J. Nimon, Jr., Tammy Nimon, | MAGISTRATE JUDGE: Jeffrey T. Gilbert |
| DEFENDANT(S). | |

## ORDER

THIS CAUSE coming on to be heard on motion of the Plaintiff of an Order, pursuant to a Judgment of Foreclosure and Order of Sale entered in this matter, appointing a Special Commissioner pursuant to 735 ILCS 5/15-1506(f) and 28 U.S.C. §2001(a);

IT IS HEREBY ORDERED that The Judicial Sales Corporation is hereby appointed Special Commissioner for the purpose of the sale at public auction of the property that is the subject matter of this action, pursuant to a Judgment of Foreclosure and Order of Sale entered herein.

Dated: July 6, 2011    Entered: _____
                                Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313